UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION, INTER-INSURANCE BUREAU, as subrogee of George Cogan and Mary Frances Allen,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN GUEST USA, INC., FRANKE CONSUMER PRODUCTS, INC., and DOES 1 through 25, inclusive,<br><br>DEFENDANTs. | Case No.: CIV 09-2432-BZ<br><br>Assigned to Hon. Bernard Zimmerman<br><br>[PROPOSED] ORDER ON JOINT STIPULATION FOR CONTINUATION OF THE SEPTEMBER 21, 2009 SCHEDULING CONFERENCE<br><br>Complaint Filed: May 7, 2009<br>Trial Date: None |

After consideration of the Joint Stipulation For Continuation Of The September 21, 2009 Scheduling Conference to a date convenient to the Court that is 60 to 90 days from the original Scheduling Conference, all relevant authorities, and the case file, and good cause appearing therefor,

**IT IS NOW ORDERED, ADJUDGED AND DECREED THAT** the Scheduling Conference shall be continued from September 21, 2009 at 4:00 p.m. in Courtroom G to November 23, 2009                                                       .

1  IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT the corresponding deadlines are continued pursuant to the continued Scheduling Conference as follows:

  1. Last day for the parties to meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure is on ___November 2, 2009___;

  2. Last day for the parties to submit to this Court the Joint Case Management Conference Statement, the Rule 26(f) Report, and complete initial disclosures or state objections in Rule 26(f) Report is on ___November 16, 2009___.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT _____
_____
_____
_____
_____
_____.

IT IS SO ORDERED.

Dated : _September 14, 2009__        _____/s/ Bernard Zimmerman_____
                                       The Honorable Bernard Zimmerman
                                       United States District Court Judge