Kevin D. Smith (State Bar No. 113633)
ksmith@wshblaw.com
Joshua A. Quinones (State Bar No. 186003)
jquinones@wshblaw.com
Tracy M. Lewis (State Bar No. 232985)
tlewis@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
Glendale, California 91203
Phone: 818 551-6000 ♦ Fax: 818 551-6050

Attorneys for Defendant, FRANKE CONSUMER PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU, as subrogee of George Cogan and Mary Frances Allen,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN GUEST USA, INC.; FRANKE CONSUMER PRODUCTS, INC. and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. CV 09-02432 BZ<br><br>[~~PROPOSED~~] ORDER RE REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE<br><br>DATE: 11/23/09<br>TIME: 4:00 p.m.<br>CRTRM.: G<br><br>Complaint Filed: 5/7/09<br><br>[Assigned for All Purposes to Magistrate Judge Bernard Zimmerman, Courtroom G] |

Pursuant to the request of counsel for Defendant, FRANKE CONSUMER PRODUCTS, INC., permission is hereby granted for Joshua A. Quinones, Esq., and/or Tracy M. Lewis, Esq., to appear telephonically via CourtCall, on behalf of FRANKE CONSUMER PRODUCTS, INC., at the

/ / /
/ / /
/ / /
/ / /
/ / /

LEGAL:5685-127/1294138.1

-1-

1 | Initial Case Management Conference, scheduled for November 23, 2009 at
2 | 4:00 p.m. in Courtroom G of the above-entitled Court.

**IT IS SO ORDERED.**

DATED: October 19, 2009

_____
Magistrate Judge Bernard Zimmerman

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050