John W. Shaw, Esq. SBN: 82802
Arabelle Aportadera-Torres, Esq. SBN: 243181
MORRIS POLICH & PURDY LLP
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178

Attorneys for DEFENDANT,
JOHN GUEST USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION, INTER-INSURANCE BUREAU, as subrogee of George Cogan and Mary Frances Allen,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN GUEST USA, INC., FRANKE CONSUMER PRODUCTS, INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: CIV 09-2432-BZ<br><br>Assigned to Hon. Bernard Zimmerman<br><br>[PROPOSED] ORDER RE REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE<br><br>DATE:     November 23, 2009<br>TIME:     4:00 p.m.<br>CRTRM:  G<br><br><br>Complaint Filed: May 7, 2009<br>Trial Date: None |

Pursuant to the request of counsel for Defendant, JOHN GUEST USA, INC., permission is hereby granted for John W. Shaw, Esq. and/or Arabelle Aportadera-Torres, Esq. to appear telephonically via CourtCall, on behalf of JOHN GUEST USA, INC., at the Initial Case Management Conference, scheduled for November 23, 2009 at

///

///

L0194488                                      1
**[PROPOSED] ORDER RE REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT**

1  4:00 p.m. in Courtroom G of the above-entitled Court.
2
3  **IT IS SO ORDERED.**
4
5  Dated:  October 22, 2009
6                                                           _____
7                                                           Magistrate Judge Bernard Zimmerman
8
...
28

L0194488                                    2

[PROPOSED] ORDER RE REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT
CONFERENCE

**PROOF OF SERVICE**
*California State Automobile Association, etc. v. John Guest USA, Inc., et al.*
Case No. CIV 09-2432-BZ

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this matter, action or proceeding. My business address is Morris Polich & Purdy, LLP, 1055 Wilshire Boulevard, 24th Floor, Los Angeles, California 90017.

On October 20, 2009, I served the foregoing document(s), reproduced on recycled paper, and described as: **"[PROPOSED] ORDER RE REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE"** on all interested parties in said action by placing:

☐ the original of the document           ☒ true copies of the document

in separately sealed envelopes addressed to the following party(ies) as follows:

| | |
|---|---|
| Allan J. Jang, Esq.<br>Ann S. Kaplan, Esq.<br>BURESH KAPLAN JANG & FELLER<br>2298 Durant Avenue<br>Berkeley, CA 94704<br>Tel: (510) 548-7474<br>Fax: (510) 548-7488<br>**Attorney for Plaintiffs** | Kevin D. Smith, Esq.<br>Joshua A. Quinones, Esq.<br>Tracy M. Lewis, Esq.<br>WOOD, SMITH, HENNING<br>& BERMAN LLP<br>505 North Brand Blvd., Suite 1100<br>Glendale, CA 91203<br>Tel: (818) 551-6000<br>Fax: (818) 551-6050<br>**Attorneys for Defendant<br>FRANKE CONSUMER PRODUCTS, INC.** |

☒ **BY U.S. MAIL** - I am familiar with the Morris Policy & Purdy's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing.

☐ **BY GOLDEN STATE OVERNIGHT** I am familiar with the firm's practice of collecting and processing correspondence for delivery via Golden State Overnight. Under that practice, it would be picked up by Federal Express on that same day at Los Angeles, California and delivered to the parties as listed on this Proof of Service the following business morning.

☐ **BY FACSIMILE** - I caused such document to be transmitted from Facsimile Number (213) 488-1178 to the facsimile machines of interested parties prior to 5:00 p.m. as described on this Proof of Service. The facsimile machine I used complied with Rule 2008(e), and the transmission was reported as complete and without error. Pursuant to Rule 2009, I caused a copy of the transmission report to be properly issued by the transmitting facsimile machine.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 20, 2009, at Los Angeles, California.

_____
Everlyn C. Omer

74561

1