UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA STATE AUTOMOBILE
ASSOCIATION INTER-INSURANCE
BUREAU, et al.

CASE NO. CV 09-02432 BZ

Plaintiff(s),

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

v.

JOHN GUEST USA, INC.; FRANKE
CONSUMER PRODUCTS, INC., et al.

Defendant(s).

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

[X] Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

[X] other requested deadline April 30, 2010

Dated: November 10, 2009

Attorney for Plaintiff
CALIFORNIA STATE AUTOMOBILE ASSOCIATION
INTER-INSURANCE BUREAU

Dated: November 3, 2009

Attorney for Defendant
FRANKE CONSUMER PRODUCTS, INC.

Dated: November __, 2009

Attorney for Defendant
JOHN GUEST USA, INC.

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- [ ] Non-binding Arbitration
- [ ] Early Neutral Evaluation (ENE)
- [ ] Mediation
- [X] Private ADR

Deadline for ADR session

- [ ] 90 days from the date of this order.
- [X] other __April 30, 2010__

IT IS SO ORDERED.

Dated: November 23, 2009

_____
UNITED STATES MAGISTRATE JUDGE
Bernard Zimmerman

**PROOF OF SERVICE**
*California State Automobile Association, etc. v. John Guest USA, Inc., et al.*
Case No. CIV 09-2432-BZ

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this matter, action or proceeding. My business address is Morris Polich & Purdy, LLP, 1055 Wilshire Boulevard, 24th Floor, Los Angeles, California 90017.

On November 10, 2009, I served the foregoing document(s), reproduced on recycled paper, and described as: **"STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS"** on all interested parties in said action by placing:

☐ the original of the document      ☒ true copies of the document

in separately sealed envelopes addressed to the following party(ies) as follows:

| | |
|---|---|
| Allan J. Jang, Esq.<br>Ann S. Kaplan, Esq.<br>BURESH KAPLAN JANG & FELLER<br>2298 Durant Avenue<br>Berkeley, CA 94704<br>Tel: (510) 548-7474<br>Fax: (510) 548-7488<br>**Attorney for Plaintiffs** | Kevin D. Smith, Esq.<br>Joshua A. Quinones, Esq.<br>Tracy M. Lewis, Esq.<br>WOOD, SMITH, HENNING<br>  & BERMAN LLP<br>505 North Brand Blvd., Suite 1100<br>Glendale, CA 91203<br>Tel: (818) 551-6000<br>Fax: (818) 551-6050<br>**Attorneys for Defendant**<br>**FRANKE CONSUMER PRODUCTS, INC.** |

☒ **BY U.S. MAIL** - I am familiar with the Morris Policy & Purdy's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing.

☐ **BY GOLDEN STATE OVERNIGHT** I am familiar with the firm's practice of collecting and processing correspondence for delivery via Golden State Overnight. Under that practice, it would be picked up by Federal Express on that same day at Los Angeles, California and delivered to the parties as listed on this Proof of Service the following business morning.

☐ **BY FACSIMILE** - I caused such document to be transmitted from Facsimile Number (213) 488-1178 to the facsimile machines of interested parties prior to 5:00 p.m. as described on this Proof of Service. The facsimile machine I used complied with Rule 2008(e), and the transmission was reported as complete and without error. Pursuant to Rule 2009, I caused a copy of the transmission report to be properly issued by the transmitting facsimile machine.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 10, 2009, at Los Angeles, California.

Evelyn C. Omer

.0174561

1