UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU, as subrogee of George Cogan, and Mary Frances Allen,, <br><br> Plaintiff(s), <br><br> v. <br><br> JOHN GUEST USA INC.K; FRANKE CONSUMER PRODUCTS INC. and DOES 1 THROUGH 25 inclusive, <br><br> Defendant(s). | No. C09-2432 BZ <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

On **APRIL 1, 2010** plaintiff filed a motion for leave to file a first amended complaint. Under Civil Local Rule 7-3, the opposition was due **APRIL 28, 2010**. No opposition was ever filed. Accordingly, the motion is **GRANTED** as unopposed. Plaintiff **SHALL** file an amended complaint by **MAY 28, 2010** and shall serve the complaint by **June 14, 2010**.

Dated: May 17, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CSAA V. GUEST\ORDER GRANTING MOTION FOR LEAVE TO AMEND.FINAL RULING.wpd

1