UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU, as subrogee of George Cogan, and Mary Frances Allen,,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>JOHN GUEST USA INC.; FRANKE CONSUMER PRODUCTS INC. and DOES 1 THROUGH 25 inclusive,<br><br>　　　　Defendant(s). | No. C09-2432 BZ<br><br>**ORDER RESCHEDULING JURY TRIAL AND PRETRIAL MATTERS** |

**IT IS HEREBY ORDERED** that:

1. <u>DATES</u>

Trial Date: **Monday, 3/14/2011, 7 days**

Pretrial Conference: **Tuesday, 2/22/2011, 4:00 p.m.**

Last Day to Hear Dispositive Motions: **Wednesday, 12/15/2010**

Last Day for Expert Discovery: **Friday, 11/5/2010**

Last Day for Rebuttal Expert Disclosure: **Friday, 10/29/2010**

Last Day for Expert Disclosure: **Friday, 10/22/2010**

Close of Non-expert Discovery: **Friday, 10/15/2010**

1

2. The trial scheduled for **November 8, 2010** and the pretrial conference scheduled for **October 26, 2010** are **VACATED**.

Dated: July 9, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CSAA V. GUEST\SEC PRETRIAL ORD.wpd