```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10
11   CALIFORNIA STATE AUTOMOBILE )
     ASSOCIATION INTER-INSURANCE )
12   BUREAU, as subrogee of      )    No. C09-2432 BZ
     George Cogan, and Mary      )
13   Frances Allen,,             )    BRIEFING ORDER
                                 )
14              Plaintiff(s),    )
                                 )
15        v.                     )
                                 )
16   JOHN GUEST USA INC.K; FRANKE)
     CONSUMER PRODUCTS INC. and  )
17   DOES 1 THROUGH 25 inclusive,)
                                 )
18              Defendant(s).    )
                                 )
19   _____)
```

20      Having received defendant John Guest International's
21 motion to dismiss for lack of personal jurisdiction, **IT IS**
22 **ORDERED** as follows:
23      1.  Any opposition **SHALL** be filed by **September 29, 2010**.
24 Any reply **SHALL** be filed by **October 6, 2010**.
25      2.  The motion is scheduled to be heard on **October 20,**
26 **2010 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal
27 Building, 450 Golden Gate Avenue, San Francisco, California
28 94102.

1

1     3. By no later than **September 29, 2010**, Defendant John
2 Guest International shall consent to or decline magistrate
3 judge jurisdiction. The form to consent to or decline
4 magistrate judge jurisdiction may be found on the court's
5 website at:
6 http://www.cand.uscourts.gov

8 Dated: September 13, 2010

                                Bernard Zimmerman
                         United States Magistrate Judge

12 G:\BZALL\-BZCASES\CSAA V. GUEST\BRIEFING ORDER.wpd