1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU, as subrogee of George Cogan, and Mary Frances Allen,, <br><br>        Plaintiff(s), <br><br>  v. <br><br> JOHN GUEST USA INC.; FRANKE CONSUMER PRODUCTS INC. and DOES 1 THROUGH 25 inclusive, <br><br>        Defendant(s). | No. C09-2432 BZ <br><br> **SCHEDULING ORDER** |

Defendant John Guest USA having filed two motions with relation to taking a 30(b)(6) deposition, **IT IS ORDERED** as follows:

   1.   The motions are **taken off calendar** in as much as the Court has no record of having granted defendant permission to file either motion.

   2.   A telephone conference to discuss these motions is scheduled for **Friday, September 17, 2010 at 1:30 p.m.**  Counsel shall contact **CourtCall**, telephonic court appearances at

1

1  **1-888-882-6878**, and make arrangements for the telephonic
2  conference call.
3      3.  John Guest USA shall lodge a copy of the record or
4  tape of the meet and confer session about this issue by **noon,**
5  **Wednesday, September 15, 2010**.
6  Dated: September 13, 2010

            _____
            Bernard Zimmerman
            United States Magistrate Judge

10 G:\BZALL\-BZCASES\CSAA V. GUEST\ORD DENYING OST.wpd

2