# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU, as subrogee of George Cogan and Mary Frances Allen,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN GUEST USA, INC.; FRANKE CONSUMER PRODUCTS, INC. and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. CV 09-02432 BZ<br><br>[PROPOSED] ORDER ALLOWING COUNSEL TO APPEAR TELEPHONICALLY VIA COURTCALL AT HEARING FOR MOTION TO DISMISS<br><br>DATE: 11/3/2010<br>TIME: 10:00 a.m.<br>ROOM.: G<br><br>Trial Date: 3/14/2011 |

Pursuant to the request of counsel for Defendant Franke Consumer Products, Inc., permission is hereby granted for Raffi H. Ohanian, Esq., to appear telephonically, via CourtCall, at hearing for Defendant John Guest USA's Motion to Dismiss set for November 3, 2010 in Courtroom G of the above-entitled court.

IT IS SO ORDERED.   **DENIED**. This is not a Case Management Conference. 10/22/2010

DATED: 10/22/2010

_____
Magistrate Judge Bernard Zimmerman

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050