1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION, INTER-INSURANCE BUREAU, as subrogee of George Cogan and Mary Frances Allen,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN GUEST USA, INC., FRANKE CONSUMER PRODUCTS, INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: CIV 09-2432-BZ<br><br>Assigned to Hon. Bernard Zimmerman<br><br>~~[PROPOSED]~~ ORDER RE REQUEST FOR TELEPHONIC APPEARANCE AT HEARING FOR MOTION TO DISMISS SET FOR NOVEMBER 3, 2010<br><br>DATE:    November 3, 2010<br>TIME:    10:00 A.m.<br>CRTRM: G<br><br><br>Complaint Filed: May 7, 2009<br>Trial Date: 3/14/11 |

Pursuant to the request of counsel for Defendant, JOHN GUEST USA, INC.,

permission is hereby granted for John W. Shaw, Esq. and/or Diana Kotler, Esq. to

appear telephonically via CourtCall, on behalf of JOHN GUEST USA, INC., at

the hearing for John Guest International, Ltd.'s Motion to Dismiss for Lack of

L0194488                                          1

1  Personal Jurisdiction, scheduled for November 3, 2010 at 10:00 a.m. in

2  Courtroom G of the above-entitled Court.

3

              <u>Counsel will not be permitted to participate in the argument.</u>

4  **IT IS SO ORDERED.**

5

6  Dated:    October 26, 2010

7                                     Magistrate Judge Bernard Zimmerman

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER RE REQUEST FOR TELEPHONIC APPEARANCE AT HEARING FOR MOTION TO DISMISS SET FOR NOVEMBER 3, 2010**

**PROOF OF SERVICE**
*California State Automobile Association, etc. v. John Guest USA, Inc., et al.*
**Case No. CIV 09-2432-BZ**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1055 West Seventh Street, 24th Floor, Los Angeles, California 90017.

On October 25, 2010, I served the within document(s) described as *[PROPOSED] ORDER RE REQUEST FOR TELEPHONIC APPEARANCE AT HEARING FOR MOTION TO DISMISS SET FOR NOVEMBER 3, 2010* on the interested parties in this action as stated below:

**SEE ATTACHED MAILING LIST**

☒ **BY U.S. MAIL** - I am familiar with the Morris Polich & Purdy's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing.

☒ **BY ELECTRONIC FILING AND/OR SERVICE** Submitting an electronic version of the document(s) via file transfer protocol (FTP) to ECF (Electronic Case Filing), which sent notification of that filing to the persons listed above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on October 25, 2010, at Los Angeles, California.

Nicki Lombardo

# MAILING LIST

Allan J. Jang, Esq.
Joseph G. Astleford, Esq.
JANG & ASSOCIATES LLP
1766 Lacassie Avenue, Suite 200
Walnut Creek, CA 94596
Tel: (925) 937-1400
Fax: (925) 937-1414
**Attorney for Plaintiff CALIFORNIA STATE AUTOMOBILE ASSOCIATION as subrogee of GEORGE COGAN and MARY FRANCES ALLEN**

Kevin D. Smith, Esq.
Joshua A. Quinones, Esq.
Tracy M. Lewis, Esq.
WOOD   SMITH   HENNING   &
BERMAN LLP
505 North Brand Boulevard, Suite 1100
Glendale, CA 91203
Tel: (818) 551-6000
Fax: (818) 551-6050
**Attorneys for Defendant FRANKE CONSUMER PRODUCTS, INC.**

Richard Lapping, Esq.
WINSTON & STRAWN LLP
101 California St.
San Francisco, CA 94111
Tel: (415) 591-1000
Fax: (415) 591-1400
**Attorneys for JOHN GUEST INTERNATIONAL, LTD.**