Richard A. Lapping (SBN 107496)
rlapping@winston.com
Kelly M. Breen (SBN 267715)
kbreen@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400

Attorneys for Specially Appearing Defendant
JOHN GUEST INTERNATIONAL, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU, as subrogee of George Cogan and Mary Frances Allen,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOHN GUEST USA, INC., FRANKE CONSUMER PRODUCTS, INC., and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. C 09-02432 BZ<br><br>**DECLARATION OF RICHARD A. LAPPING AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SPECIALLY APPEARING DEFENDANT JG INT'L'S REPLY TO PLAINTIFF CSAA'S OPPOSITION TO MOTION TO QUASH**<br><br>**Limited Appearance for the Purpose of Contesting Jurisdiction**<br><br>Date:     November 3, 2010<br>Time:    10:00 a.m.<br>Place:   Courtroom G, 15th Floor<br>Judge:   Bernard Zimmerman<br><br>**Complaint Filed: May 7, 2009**<br>**Discovery Cutoff: Oct. 15, 2010**<br>**Pretrial Conference: Feb. 22, 2011**<br>**Trial Date: Mar. 14, 2011** |

I, Richard A. Lapping, declare as follows:

---

DECLARATION OF RICHARD A. LAPPING IN SUPPORT OF SPECIALLY APPEARING DEFENDANT JG INT'L'S REPLY TO
PLAINTIFF CSAA'S OPPOSITION TO MOTION TO QUASH
(CASE NO. C 09-02432 BZ)

1.   I am an attorney at law duly admitted to practice in the State of California and the Northern District of California.  I am a partner of the law firm of Winston & Strawn LLP, attorneys for specially appearing Defendant John Guest International Limited ("JG Int'l") in the above-entitled action.

2.   This declaration (the "Declaration") is submitted in support of Specially Appearing Defendant JG Int'l's Reply to Plaintiff CSAA'S Opposition to Motion to Quash and in support of this Request for Judicial Notice.

3.   Except as otherwise indicated, all statements set forth in this Declaration are based upon my personal knowledge or my review of relevant records and documents.  If called upon to testify, I could and would testify competently to the facts set forth in this Declaration.

4.   On October 25, 2010, I accessed the United Kingdom's Companies House web portal at http://www.companieshouse.gov.uk which is maintained according to the website by Companies House, which I am informed and believe is an agency of the government of the United Kingdom.  I navigated by hyperlink from the above page to the "About Us" page where the function and role of the Companies House is described in more detail.  A true and correct copy of the "About Us" page at http://www.companieshouse.gov.uk/about/functionsHistory.shtml is attached hereto as Exhibit A.

5.   The Court is requested to take judicial notice of Exhibit A and its contents.

6.   On October 25, 2010, I accessed the United Kingdom's Companies House web portal at http://www.companieshouse.gov.uk and navigated from the "SEARCH company information" hyperlink to a page that allowed search by company name and entered the search term "John Guest" and checked the box "Current/recently dissolved names" which led me to a page of alphabetical names of companies that began with the words "John Guest" which I printed to a pdf file of 3 pages in length.  I also searched for "The John Guest Group of Companies" and obtained the identical list.  A true and correct copy of the search results pages for "John Guest" from the United Kingdom's Companies House web site are attached hereto as Exhibit B.

7.   The Court is requested to take judicial notice of Exhibit B and its contents.

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

8. I am informed and believe that on October 12, 2010, Joseph G. Astleford took the deposition of Carl J. Tronco. On October 20, 2010, I received by email a "rough ascii" copy of the transcript for Mr. Tronco's deposition from Scheryl Warr of Mr. Astleford's law firm. Attached hereto as Exhibit C is a true and correct copy of select pages from his deposition which have been underlined to indicate relevant text.

9. On October 25, 2010, I accessed the website www.johnguest.com, and clicked on the hyperlink "Contact JG in the UK" which led me to a page displaying the contact information for John Guest Ltd., not JG Int'l, that I printed to a pdf file. A true and correct copy of this web page is attached hereto as Exhibit D.

10. The Court is requested to take judicial notice of Exhibit D and its contents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in San Francisco, California, on October 27, 2010.

        */s/ Richard A. Lapping*
        Richard A. Lapping
        Individually and as an Attorney for
        Specially Appearing Defendant

        JOHN GUEST INTERNATIONAL LIMITED