1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION, INTER-INSURANCE BUREAU, as subrogee of George Cogan and Mary Frances Allen,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN GUEST USA, INC., FRANKE CONSUMER PRODUCTS, INC., and DOES 1 through 25, inclusive,<br><br>DEFENDANTs. | Case No.: CIV 09-2432-BZ<br><br>[~~PROPOSED~~]<br>ORDER REGARDING DISMISSAL OF THE FIRST AMENDED COMPLAINT WITH PREJUDICE AS AGAINST JOHN GUEST USA, INC.<br><br>Complaint Filed: May 7, 2009 |

28  / / /

L0248387                                     1
[PROPOSED] ORDER REGARDING DISMISSAL OF THE FIRST AMENDED COMPLAINT WITH
PREJUDICE AS AGAINST JOHN GUEST USA, INC.

1  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the
2  stipulation of all parties, the First Amended Complaint filed on May 20, 2010
3  and any and all claims contained therein are DISMISSED with prejudice as to
4  defendant JOHN GUEST USA, INC. All fees and costs are waived.

6  **IT IS SO ORDERED.**

8  Dated: 18 Nv 10

   Magistrate Judge Bernard Zimmerman

L0248387                                    2

[PROPOSED] ORDER REGARDING DISMISSAL OF THE FIRST AMENDED COMPLAINT WITH
PREJUDICE AS AGAINST JOHN GUEST USA, INC.