UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU, *as subrogee of George Cogan & Mary Frances Allen*,<br><br>Plaintiff,<br><br>v.<br><br>JOHN GUEST USA, INC., *et al.*,<br><br>Defendants.<br>_____/ | No. C-09-2432 BZ (EMC)<br><br>**ORDER DENYING REQUESTS TO EXCUSE ATTENDANCE AT SETTLEMENT CONFERENCE**<br><br>**(Docket Nos. 92-93)** |

By letter dated December 13, 2010, the insurance carrier/adjuster for Defendant FRANKE CONSUMER PRODUCTS, INC. requested to be excused from personally appearing at the settlement conference scheduled for December 20, 2010 (*see* Docket No. 93). The insurance carrier/adjuster for Plaintiff CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU made the same request, in its December 13, 2010 letter, if this Court granted Defendant's insurance carrier/adjuster's request (*see* Docket No. 92).

Upon consideration of the requests, the Court **DENIES** both requests to excuse personal attendance of both insurance carriers/adjusters. Therefore, it is hereby ORDERED that the insurance carriers/adjusters for FRANKE CONSUMER PRODUCTS, INC. and Plaintiff

///

///

///

CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU appear at the settlement conference in person scheduled on December 20, 2010, at 10:00 a.m.

This order disposes of Docket Nos. 92 and 93.

IT IS SO ORDERED.

Dated: December 17, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge