UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION,<br><br>          Plaintiff(s),<br><br>     v.<br><br>JOHN GUEST, INC.; FRANKE CONSUMER PRODUCTS, INC.,<br><br>          Defendant(s). | No. C09-2432 BZ<br><br>**CONDITIONAL ORDER OF DISMISSAL** |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **30 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: December 20, 2010

                                  Bernard Zimmerman
                                  United States Magistrate Judge

G:\BZALL\-BZCASES\CSAA V. GUEST\ORDER OF CONDITIONAL DISMISSAL.wpd

1